JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Benjamin T. Martinez, and Angelica A. Martinez,<br><br>                    Plaintiffs,<br><br>    v.<br><br>Nationstar Mortgage LLC, A Delaware Limited liability Company; Veriprise Processing Solutions, LLC, Delaware Limited Liability Company; and Does 1 through 20.<br><br>                    Defendants. | Case No.: CV 15-4437-DMG (ASx)<br><br>ORDER RE DISMISSAL OF ACTION[20] |

The parties having stipulated, and good cause appearing, IT IS HEREBY ORDERED that the above-captioned action is hereby dismissed without prejudice.   The parties shall bear their own costs.   All scheduled dates and deadlines are VACATED.

DATED: November 12, 2015

Dolly M. Gee
United States District Judge